McMahon, C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/17

------------------------------------ X

AARON RITTER,

              Plaintiff,

    v.

HSBC BANK USA, N.A., et al.,

             Defendants.

------------------------------------ X

No. 15 Civ. 5693 (CM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

       IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Aaron Ritter and Defendants, through their undersigned counsel who are authorized by their respective clients to execute this Stipulation and Order of Dismissal with Prejudice on their behalves, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all claims in the above-captioned action be dismissed against Defendants, with prejudice, with each party to bear its own fees and costs, and, further, that Plaintiff is barred from bringing another claim against Defendants under the Fair Labor Standards Act, New York Labor Law, or any other state or local law for wages, including straight time and overtime wages, based on time periods up to and including the date of the parties' settlement agreement.

| | |
|---|---|
| MICHAEL FAILLACE & ASSOCIATES, P.C.<br><br>By: _____<br>Joshua Androphy, Esq.<br><br>*Attorneys for Plaintiff*<br><br>60 East 42nd Street, Suite 4510<br>New York, New York 10165<br>Phone: (212) 317-1200<br>jandrophy@faillacelaw.com<br><br>Dated: July 5, 2017 | PROSKAUER ROSE LLP<br><br>By: _____<br>Allan S. Bloom, Esq.<br>Rachel S. Philion, Esq.<br><br>*Attorneys for Defendants*<br><br>Eleven Times Square<br>New York, New York 10036<br>Phone: (212) 969-3000<br>abloom@proskauer.com<br>rphilion@proskauer.com<br><br>Dated: July 5, 2017 |

Dated: New York, New York
_____ 10 Jul _____, 2017

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge